# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LYN GUIWAN, | |
|     Plaintiff, | Case No. 2:17-cv-02480-JCM-GWF |
| vs. | **ORDER** |
| GGP MEADOWS MALL, LLC, | |
|     Defendant. | |

This matter is before the Court on Defendant's failure to file a Statement in Removal. The Minutes of the Court (ECF No. 3) dated September 22, 2017, required the party removing the action to this court to file a Statement in Removal no later than October 7, 2017. To date, Defendant has not complied. Accordingly,

**IT IS ORDERED** counsel for the Defendant shall file a Statement in Removal which fully complies with the Minutes of the Court (ECF No. 3) no later than **October 23, 2017**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 16th day of October, 2017.

GEORGE FOLEY, JR.
United States Magistrate Judge