**1**  **RAMZY PAUL LADAH**
Nevada Bar No. 11405
**2**  **JOSEPH C. CHU**
Nevada Bar No. 11082
**3**  **LADAH LAW FIRM**
517 S. Third Street
**4**  Las Vegas, NV 89101
litigation@ladahlaw.com
**5**  T: 702.252.0055
F: 702.248.0055
**6**  *Attorneys for Plaintiff Lynn Guiwan*

**7**                     **UNITED STATES DISTRICT COURT**

**8**                          **DISTRICT OF NEVADA**

**9**   LYNN GUIWAN, an individual,

                                                    CASE NO.      2:17-cv-02480-JCM-GWF
**10**                  Plaintiff,

**11**        vs.                                    **STIPULATION AND ORDER TO**
                                                    **EXTEND PLAINTIFF'S DUE DATE TO**
**12**  GGP MEADOWS MALL, LLC d/b/a                 **RESPOND TO DEFENDANT GGP**
        MEADOWS MALL, a foreign Limited            **MEADOWS MALL, LLC'S MOTION**
**13**  Liability Company; DOE EMPLOYEE; DOES       **FOR SUMMARY JUDGMENT**
        I through XXX, inclusive and ROE
**14**  BUSINESS ENTITIES I through XXX,
        inclusive,
**15**
                       Defendants.
**16**

**17**        The above named parties, by and through their respective, undersigned counsel of record,

**18**  hereby respectfully stipulate to a two-week extension of time for Plaintiff to respond to Defendant's

**19**  Motion for Summary Judgment, on file herein. (ECF No. 23).

**20**
                          **REASONS FOR REQUESTED EXTENSION**
**21**

**22**        Defendant filed its Motion for Summary Judgment on December 21, 2018, thus Plaintiff's

**23**  response thereto is currently due by January 11, 2019.  However, since earlier this week, the parties

**24**  have engaged in renewed settlement discussions, and are now on the verge of a potential resolution.

**25**  Thus, in order to allow more time for the advancement of those discussions, the parties respectfully

**26**  request that Plaintiff's deadline to respond to Defendant's Motion for Summary Judgement (ECF

**27**  No. 23) be extended to January 25, 2019.

**28**

The parties are in settlement negotiations and believe the matter may resolve without exhausting additional, potentially avoidable resources. The parties thus stipulate to and request this brief extension of time, extending Plaintiff's deadline to respond to Defendant's Motion for Summary Judgment to January 25, 2019.

Dated this 10th day of January, 2019.          Dated this 10th day of January, 2019.

LADAH LAW FIRM                                  WILSON ELSER MOSKOWITZ EDELMAN
                                                & DICKER LLP

*/s/ Ramzy P. Ladah*
RAMZY PAUL LADAH                                */s/  Jorge A. Ramirez*
Nevada Bar No. 11405                            JORGE A. RAMIREZ
JOSEPH C. CHU                                   Nevada Bar No. 6787
Nevada Bar No. 11082                            MARK C. SEVERINO
517 South Third Street                          Nevada Bar No. 14117
Las Vegas, NV 89101                             300 South Fourth Street, 11th Floor
*Attorneys for Plaintiff Lynn Guiwan*           Las Vegas, Nevada 89101
                                                *Attorneys for Defendant GGP Meadows Mall,*
                                                *LLC*


# O R D E R


IT IS SO ORDERED January 14, 2019.

_____
UNITED STATES DISTRICT JUDGE