UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LYNN GUIWAN, | Case No. 2:17-CV-2480 JCM (EJY) |
| Plaintiff(s), | ORDER |
| v. | |
| GGP MEADOWS MALL LLC, | |
| Defendant(s). | |

Presently before the court is the matter of *Guiwan v. GGP Meadows Mall, LLC*, case no. 2:17-cv-02480-JCM-EJY. The parties filed a stipulation for binding short trial with high/low parameters and request for settlement conference. (ECF No. 36).

The parties indicate that they "agree to submit an [a]greement for [s]hort [t]rial and [r]equest for [a]pproval pursuant to General Order No. 2013-01." *Id.* The parties separately filed Form 4(a)(2), which is required for this court to approve the parties' request. As a result, the parties' stipulation is granted; the court will address the parties' request for a short trial separately. Further, the parties are instructed to complete and file a form AO 85 to consent to proceed before a magistrate judge within seven (7) days of this order.

The parties also ask the court to vacate the current March 9, 2020, trial date and schedule a settlement conference. In light of the parties' intent to proceed before a magistrate judge, the court will vacate the current trial date.

The court grants the parties' request for a settlement conference. The court refers this matter to Magistrate Judge Ferenbach for a settlement conference.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

| | |
|---|---|
| 1 | Accordingly, |
| 2 | IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the parties' stipulation |
| 3 | (ECF No. 36) be, and the same hereby is, GRANTED. |
| 4 | IT IS FURTHER ORDERED that the current March 9, 2020, trial date be, and the same |
| 5 | hereby is, VACATED. |
| 6 | IT IS FURTHER ORDERED that the instant action be, and the same hereby is, referred |
| 7 | to Magistrate Judge Ferenbach for a settlement conference. |
| 8 | IT IS FURTHER ORDERED that the parties shall complete and file a form AO 85 to |
| 9 | consent to proceed before a magistrate judge within seven (7) days of this order. |
| 10 | DATED February 14, 2020. |

_____
UNITED STATES DISTRICT JUDGE