1  Jorge A. Ramirez, Esq.
   Nevada Bar No. 6787
2  Mark C. Severino, Esq.
   Nevada Bar No. 14117
3  **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
   300 South Fourth Street, 11th Floor
4  Las Vegas, NV  89101
   (702) 727-1400; FAX (702) 727-1401
5  Jorge.Ramirez@wilsonelser.com
   Mark.Severino@wilsonelser.com
6  *Attorneys for Defendant GGP Meadows Mall, LLC d/b/a Meadows Mall*

7  **UNITED STATES DISTRICT COURT**

8  **DISTRICT OF NEVADA**

9

10  LYNN GUIWAN, individually,                    Case No. 2:17-cv-02480-JCM-EJY

11              Plaintiff,
                                                   **AGREEMENT FOR BINDING SHORT**
12  v.                                             **TRIAL AND REQUEST FOR APPROVAL**
    GGP Meadows Mall, LLC, d/b/a MEADOWS
13  MALL, a foreign  Limited Liability Company; DOE
    EMPLOYEE; DOES BUSINESS ENTITIES I
14  through XXX,  inclusive,

15              Defendants.

16

17       The parties agree that all litigation in the above captioned matter shall be governed by

18  General Order No. 2013-01, Short Trial Rules of the United States District Court for the District of

19  Nevada ("the Short Trial Rules").  This Agreement, when approved by the Court, shall be binding on

20  the parties and on the Court, subject to termination pursuant to Rule 4(a) of the Short Trial Rules.

21       The parties also agree to have this matter tried before a Magistrate Judge pursuant to Rule

22  3(a).  The parties request that Judge Cam Ferenbach preside over this matter.

23       The parties further agree that the upcoming March 9, 2020 trial date (and all pretrial

24  deadlines associated therewith) will be vacated, and will be reset to a later date.  Specifically, the

25  parties request that this matter first be submitted to a settlement conference with the Court, and that

26  the Short Trial (and all pretrial deadlines) be scheduled to take place following the completion of the

27  settlement conference.  The parties will concurrently submit a separate stipulation outlining the

28

1571319v.1

specific terms of the Short Trial, and further requesting the issuance of an order setting a settlement conference.

| | |
|---|---|
| Dated this 11th day of February, 2020. | Dated this 11th day of February, 2020. |
| **LADAH LAW FIRM** | **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP** |
| */s/ Ramzy Paul Ladah, Esq.* <br> Ramzy Paul Ladah, Esq. <br> Nevada Bar No. 11405 <br> Joseph C. Chu, Esq. <br> Nevada Bar No. 11082 <br> 517 S. Third Street <br> Las Vegas, NV 89101 <br> (702) 252-0055; FAX (702) 248-0055 <br> *Attorneys for Plaintiff Lynn Guiwan* | */s/ Mark C. Severino* <br> Jorge A. Ramirez, Esq. <br> Nevada Bar No. 6787 <br> Mark C. Severino, Esq. <br> Nevada Bar No. 14117 <br> 300 South Fourth Street, 11th Floor <br> Las Vegas, NV 89101 <br> (702) 727-1400; FAX (702) 727-1401 <br> *Attorneys for defendant GGP Meadows Mall, LLC d/b/a Meadows Mall* |

**ORDER**

**GOOD CAUSE APPEARING, IT IS ORDERED** that the foregoing Agreement is approved.

**IT IS FURTHER ORDERED** that the presiding judge for this short trial shall be Hon. Elayna Youchah.

DATED: February 14, 2020.

_____
UNITED STATES DISTRICT JUDGE