# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

LYNN GUIWAN,

    Plaintiff,

vs.

GGP MEADOWS MALL LLC,

    Defendant.

2:17-cv-02480-JCM-EJY

**ORDER**

Due to the evolving health crisis in the community regarding COVID-19, and Temporary General Order 2020-04,

Accordingly,

IT IS HEREBY ORDERED that the Settlement Conference scheduled for April 6, 2020, is VACATED and will be RESCHEDULED at a later date.

DATED this 20th day of March, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE