UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LYNN GUIWAN, individually,<br><br>Plaintiff,<br><br>v.<br><br>GGP MEADOWS MALL, LLC, d/b/a MEADOWS MALL, a foreign limited liability company; DOE EMPLOYEE; DOES BUSINESS ENTITIES I through XXX, inclusive,<br><br>Defendants. | Case No. 2:17-cv-02480-JCM-EJY<br><br>**ORDER** |

As the parties are aware, there has been a recent surge in COVID-19 cases in Clark County, Nevada, and elsewhere in the country. While the Court is prepared to proceed with trial, and is aware that it ordered counsel for the parties to prepare for the same, the Third Amended Temporary General Order of the Court, issued on November 12, 2020, states that "the Court has once again determined that jury trials must be further postponed …." G.O. 2020-03 (Third Amended). While the General Order allows each presiding judge to address the need for any trial continuance, and the undersigned would have liked to see this matter proceed to conclusion, the Court finds that the risk is too great and it is simply unfair to ask a jury pool to appear at the Courthouse. It is also unfair to request selected jurors to sit in a closed courtroom for a jury trial during this period of increased COVID-19 cases.

Accordingly,

IT IS HEREBY ORDERED that the dates set in the Order Concerning Trial (ECF No. 50) are vacated.

IT IS FURTHER ORDERED that the trial in the above captioned matter set for November 30, 2020 is vacated.

IT IS FURTHER ORDERED that this matter shall be placed on the Court's trial stack set for January 2021.

1  IT IS FURTHER ORDERED that the Court sets a telephonic hearing for December 21, 2020
2 at 1:00 p.m., at which time counsel and the Court shall discuss whether trials are likely to resume in
3 January 2021 and, if so, due dates for filing the Joint Pretrial Memorandum, delivery of joint
4 evidentiary books, submission of proposed voir dire questions, filing mutually agreed upon jury
5 instructions, filing disputed jury instructions, and filing a joint statement of the case.

6  The parties are instructed to call the Audio Conference Line at **(888) 251-2909, access code**
7 **7771745**, five (5) minutes prior to the hearing time.  Please remain on the line until such time as the
8 Court joins the call and convenes the proceedings.  The use of a cell phone or speaker phone during
9 the call is prohibited.  The call must be made using a land line.

11  Dated this 13th day of November, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

2